LAURA E. DUFFY
United States Attorney
MARK W. PLETCHER
Colorado State Bar No. 34615
ROBERT S. HUIE
California State Bar No. 237374
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7053

Attorneys for Plaintiff
United States of America



FILED
OCT 22 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEX WISIDAGAMA,<br><br>Defendant. | Case No. 13-MJ-3783-RBB<br><br>**ORDER OF DETENTION ON DEFENDANT'S WAIVER OF BAIL PENDING TRIAL** |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142(f), a detention hearing was set for October 22, 2013, to determine whether ALEX WISIDAGAMA ("Defendant") should be held in custody pending trial, on the grounds that Defendant is a flight risk. Assistant U.S. Attorney Robert Huie appeared on behalf of the United States; Knut Johnson, Esq., appeared on behalf of Defendant.

At the hearing, Defendant knowingly and voluntarily waived the right, on the record and in the presence of counsel, to the setting of bail and a detention hearing. Based on the waiver, the Court orders that Defendant be detained pending trial and, if convicted, sentencing in these matters, without prejudice or waiver of the Defendant's

right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

## ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of his right to bail and a detention hearing at a future date.

IT IS SO ORDERED.

DATED: 10/22/2013

THE HONORABLE RUBEN B. BROOKS
United States Magistrate Judge