⛔AO 442  (Rev. 10/03) Warrant for Arrest

~~NOT FOR PUBLIC VIEW~~

# UNITED STATES DISTRICT COURT
Southern District of California

9330861

UNITED STATES OF AMERICA

V.

Alex Wisidagama

**WARRANT FOR ARREST**

Case Number: 13MJ3783

**FILED**
OCT 31 2013
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Alex Wisidagama
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

Conspiracy to Defraud the United States

DATE: 10/11/13
ARRESTED BY: NCIS

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

in violation of Title  18  United States Code, Section(s)  371

The Honorable Jan M. Adler
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

10/11/2013        San Diego, California
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |